Matter of Evans (2025 NY Slip Op 07263)

Matter of Evans

2025 NY Slip Op 07263

Decided on December 24, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:December 24, 2025

PM-288-25
[*1]In the Matter of Kerr Stewart Evans Jr., an Attorney. (Attorney Registration No. 4736484)

Calendar Date:December 22, 2025

Before:Garry, P.J., Aarons, Pritzker, Powers and Corcoran, JJ.

Kerr Stewart Evans Jr., Fairfax, Virginia, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Kerr Stewart Evans Jr. was admitted to practice by this Court in 2009 and lists a business address in Fairfax, Virginia with the Office of Court Administration. Evans now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) opposes the application by correspondence from its Deputy Chief Attorney dated November 25, 2025.
As is noted by AGC, Evans failed to report his public reprimand by the Circuit Court of the County of Fairfax (see Rules of Atty Disciplinary Matters [22 NYCRR] § 1240.13 [d]). Inasmuch as Evans is therefore subject to potential disciplinary action (see Rules of Atty Disciplinary Matters [22 NYCRR 1200] § 1240.13 [a]; Rules of App Div, 3d Dept [22 NYCRR] § 806.13 [a]), he is presently ineligible for nondisciplinary resignation and his application must therefore be denied.
Garry, P.J., Aarons, Pritzker, Powers and Corcoran, JJ., concur.
ORDERED that Kerr Stewart Evans Jr.'s application for permission to resign is denied.